UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

United States of America

v.

Bernardino Polanco

Cr. No. 14CR10286 (MBB)

---

## DEFENDANT MOTION FOR APPOINTMENT OF NEW COURT APPOINTED COUNSEL

Now Comes the Defendant, Bernardino Polanco, and respectfully requests that this Honorable Court schedule a hearing and appoint new counsel in the above-mentioned criminal action.

### FACTS

There has been an irretrievable breakdown in the Attorney-Client relationship that will prohibit adequate representation.

1. Since my arrest and detainment I have met with my attorney, Charles P. McGinty from the Federal Defender Office, several times.
2. These meetings consisted of an average of about ten (10) minutes each and at each time, Mr. McGinty and I disagreed on various steps of how to proceed in this matter.
3. Most importantly, my englsih is limited. During the course of our meetings, I was unable to communicate to Counsel my desires, ideas and strategy with respect to my case. Moreover, Mr. McGinty, requested I sign certain documents that I believe may be adverse to my case and or speedy trial right.

### Prayer for Relief

I am respectfully requesting that the Court appoint new Counsel because this irretrievable breakdown in the attorney-client relationship exists and I can not affor another lawyer.

January 19, 2015

Bernardino Polanco-Sandoval
D.W.W.C.F.
950 High Street
Central Falls, RI 02863

## CERTIFICATE OF SERVICE

I, Bernardino Polanco, certifies under the pains and penalties of perjury that I delivered copies of this motion to the following parties:

Charles P. McGinty
Federal Defender Office
51 Sleeper Street, 5th fl
Boston, MA 02210

United States Attorneys Office
David J. D'Addio
1 Courthouse Way
Boston, MA 02210

_____
Bernardino Polanco

January 19, 2015